UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,               Case No. 2:16-pt-7

v.                                  HON. PAUL L. MALONEY

MICHAEL D. PEAK,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On August 4, 2016, a Petition for Warrant for Offender Under Supervision was filed alleging four violations of the defendant's conditions of supervised release.

An initial appearance was conducted on August 9, 2016, at which time the defendant submitted a written waiver of preliminary hearing and requested more time to review the case.

On August 22, 2016, the parties appeared before the undersigned for a plea and sentencing and defendant submitted a waiver of his right to appear before a district judge, his right to allocution before a district judge, and his right to sentencing before a district judge. The defendant admitted to violation #1 as set forth in the petition and the government indicated they were dismissing violations 2, 3, and 4. Sentencing was conducted immediately following the defendant's admission to the violation. For the reasons stated on the record, it is recommended that the Court find the defendant did

violate the condition of supervised release as set forth in violations #1 of the petition and that the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.

Date:   8/23/2016                                     /s/ Timothy P. Greeley
                                                     TIMOTHY P. GREELEY
                                                     United States Magistrate Judge


### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. See W.D. MICH. L.CR.R. 11.1(d).